UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRENDA APPIAH, Et Al | : | **NOTICE OF REMOVAL** |
| | : | REMOVED FROM |
| v. | : | |
| | : | JUDICIAL DISTRICT OF HARTFORD |
| HOME DEPOT U.S.A., INC. and | : | AT HARTFORD |
| HOME DEPOT PRODUCT | : | |
| AUTHORITY, LLC | : | C.A. No. 20-489 |

## NOTICE OF REMOVAL

Defendants Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC (collectively, "Home Depot"), by and through their undersigned counsel, hereby file their Notice of Removal of this action (the "Action") from the Superior Court for the Judicial District of Hartford at Hartford, State of Connecticut, to the United States District Court for the District of Connecticut.

Home Depot appears for the purpose of removal only and for no other purpose, reserves all defenses and rights available to it, and states as follows:

1.  On or about March 2, 2020, the father and daughter Plaintiffs commenced the Action in the Superior Court for the Judicial District of Hartford at Hartford, State of Connecticut, as Civil Action No. HD-CV20-6126175-S. The daughter alleges to have purchased and installed certain floor tile from Home Depot which was purportedly marketed for use in bathrooms and kitchens. The father alleges that on May 9, 2019 he slipped on the subject tile while exiting the bath tub with wet feet, causing him to suffer a fractured ankle.

2.  As a result of Home Depot's purportedly deceptive marketing practices, the daughter claims to have been "harmed by buying and installing the subject tile in her bathroom, which is unsuitable and unsafe for a potentially wet environment."

3. The father alleges to have "suffered injuries to his right leg, tibia, fibula and ankle requiring surgery." He further avers that he was "caused to expend and will be obligated in the future to expend large sums of money for medical care including: x-rays, MRIs, treatments, therapy, hospital care, surgeries, medications/prescriptions, apparatus and the like, all in an effort to cure himself."

4. The father also claims to have suffered "great pain and suffering, some of which may be permanent in nature" and "lost time from his employment" and "a diminished earning capacity."

5. Plaintiffs claim to have brought this action on behalf of "all persons injured by the defendant's product and for all persons purchasing and installing the product in their bathrooms and kitchens."

6. They seek compensatory damages, costs, attorneys' fees and punitive damages.

7. On or about March 20, 2020, Plaintiffs served a copy of the Summons and Complaint upon the registered agent for Home Depot.

8. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon Home Depot in the Action is attached as **Exhibit 1**.

9. The Complaint alleges that the Plaintiffs – both daughter and father – reside at 46 Francis Street, Hartford, CT.

10. Home Depot is a foreign corporation with a principal place of business in Atlanta, Georgia.

11. Plaintiffs' counsel has represented to defense counsel that Plaintiffs' alleged damages exceed $75,000.00.

12. Pursuant to 28 U.S.C. § 1332, this Court has original jurisdiction over the Action, which is removable to this Court pursuant to the provisions of 28 U.S.C. § 1441 *et seq.*, because the amount in controversy exceeds $75,000, exclusive of interests and costs, and there is complete diversity between the Plaintiffs, who are residents of Connecticut, and Home Depot, which has its principal place of business in Georgia.

13. Home Depot has not yet filed a pleading in response to the Complaint and no orders have been issued in this Action.

14. Pursuant to 28 U.S.C. § 1446(d), Home Depot promptly will file a copy of this Notice of Removal with the Clerk for the Superior Court for the Judicial District of Hartford at Hartford, State of Connecticut, and will serve a copy of the same on counsel for Plaintiff and all other counselors of record.

WHEREFORE, Home Depot respectfully removes the Action now pending in the Superior Court for the Judicial District of Hartford at Hartford, State of Connecticut, as Civil Action No. HHD-CV20-6126175-S to the United States District Court for the District of Connecticut.

    Defendants,
    HOME DEPOT U.S.A., INC. and
    HOME DEPOT PRODUCT AUTHORITY, LLC,
    By their Attorney,

    */s/ Caroline B. Lapish*
    Caroline B. Lapish (CT30238)
    ADLER POLLOCK & SHEEHAN P.C.
    175 Federal Street, 10th Floor
    Boston, Massachusetts 02110
    Tel. (617) 482-0600
    Fax. (617) 482-0604
    Email: clapish@apslaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 13, 2020, I caused a true copy of the foregoing document to be served by regular mail upon the following counsel of record:

Jeremiah Nii Amaa Ollennu, Esq.
Orthopedic Injury Lawyers
120 Grand Street
Hartford, CT 06106

                                  */s/ Caroline B. Lapish*_____
                                  Caroline B. Lapish

1002033.v1