

### State of Connecticut Judicial Branch
# Superior Court E-Filing

| | |
|---|---|
| E-Services Home | |
| E-Services Inbox (393) | |
| Superior Court E-Filing | |
| **Civil/Family** | |
| **Housing** | |
| **Small Claims** | |
| E-File a New Case | |
| E-File on an Existing Case | |
| By Docket Number | |
| By Party Name | |
| List My Cases | |
| Court Events | |
| By Date | |
| By Juris Number | |
| By Docket Number | |
| Short Calendars | |
| Markings Entry | |
| Markings History | |
| My Short Calendars | |
| By Court Location | |
| Calendar Notices | |
| My Shopping Cart (0) | |
| My E-Filed Items | |
| Legal Notices | |
| Pending Foreclosure Sales | |
| Search By Property Address | |

**Attorney/Firm:** CAROLINE BOUSCAREN LAPISH (429909)     **E-Mail:** clapish@apslaw.com   Logout

HHD-CV20-6126175-S    APPIAH, BRENDA Et al v. HOME DEPOT U.S.A. INC. Et Al

**Prefix/Suffix:** [none]    **Case Type:** T20    **File Date:** 03/24/2020    **Return Date:** 04/07/2020

**Case Detail**    Notices    History    Scheduled Court Dates    Help Manual

To receive an email when there is activity on this case, click here

**Select Case Activity:** E-File a Pleading or Motion ▾   Go

**Information updated as of:** 04/13/2020

#### Case Information

**Case Type:** T20 - Torts - Products Liability - Other than Vehicular
**Court Location:** Hartford JD
**List Type:** No List Type
**Trial List Claim:**
**Last Action Date:** 04/13/2020 (The "last action date" is the date the information was entered in the system)

#### Disposition Information

**Disposition Date:**
**Disposition:**
**Judge or Magistrate:**

#### Party & Appearance Information

| Party | | No Fee Party | Party Category | Party Type |
|---|---|---|---|---|
| **P-01   BRENDA APPIAH** | | | Plaintiff | Person |
|    **Attorney:** ORTHOPAEDIC INJURY LAWYERS LLC 6/7/19 (440561) File Date: 03/30/2020 NEW 262 MARLBOROUGH STREET P.O. BOX 287 PORTLAND, CT 06480 | | | | |
| **P-02   KWADWO APPIAH** | | | Plaintiff | Person |
|    **Attorney:** ORTHOPAEDIC INJURY LAWYERS LLC 6/7/19 (440561) File Date: 03/30/2020 NEW 262 MARLBOROUGH STREET P.O. BOX 287 PORTLAND, CT 06480 | | | | |
| **D-01   HOME DEPOT U.S.A. INC.** | | | Defendant | Firm or Corporation |
|    **Attorney:** CAROLINE BOUSCAREN LAPISH (429909) File Date: 04/13/2020 NEW 175 FEDERAL ST #1000 BOSTON, MA 02110 | | | | |
| **D-02   HOME DEPOT PRODUCT AUTHORITY, LLC** | | | Defendant | Firm or Corporation |
|    **Attorney:** CAROLINE BOUSCAREN LAPISH (429909) File Date: 04/13/2020 NEW 175 FEDERAL ST #1000 BOSTON, MA 02110 | | | | |

**Viewing Documents on Civil, Housing and Small Claims Cases:**

If there is an 🖉 in front of the docket number at the top of this page, then the file is electronic (paperless).

- Documents, court orders and judicial notices in electronic (paperless) civil, housing and small claims cases with a return date on or after January 1, 2014 are available publicly over the internet.* For more information on what you can view in all cases, view the Electronic Access to Court Documents Quick Card.

- For civil cases filed prior to 2014, court orders and judicial notices that are electronic are available publicly over the internet. Orders can be viewed by selecting the link to the order from the list below. Notices can be viewed by clicking the **Notices** tab above and selecting the link.*

- Documents, court orders and judicial notices in an electronic (paperless) file can be viewed at any judicial district courthouse during normal business hours.*

- Pleadings or other documents that are not electronic (paperless) can be viewed only during normal business hours at the Clerk's Office in the Judicial District where the case is located.*

- An Affidavit of Debt is not available publicly over the internet on small claims cases filed before October 16, 2017.*

*Any documents protected by law Or by court order that are Not open to the public cannot be viewed by the public online And can only be viewed in person at the clerk's office where the file is located by those authorized by law or court order to see them.

**Motions / Pleadings / Documents / Case Status**

| Entry No | File Date | Filed By | Description | Arguable |
|---|---|---|---|---|
| | 03/24/2020 | P | **SUMMONS** 📄 | |
| | 03/24/2020 | P | **COMPLAINT** 📄 | |
| | 03/30/2020 | P | **APPEARANCE** 📄 ❗NEW<br>Appearance | |
| | 04/13/2020 | D | **APPEARANCE** 📄 ❗NEW<br>Appearance | |
| 100.30 | 03/24/2020 | P | **RETURN OF SERVICE** 📄 | No |
| 101.00 | 04/13/2020 | D | **NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT** 📄 ❗NEW | No |

| Scheduled Court Dates as of 04/09/2020 | | | | |
|---|---|---|---|---|
| HHD-CV20-6126175-S - APPIAH, BRENDA Et Al v. HOME DEPOT U.S.A. INC. Et Al | | | | |
| # | Date | Time | Event Description | Status |
| | | | No Events Scheduled | |

Judicial ADR events may be heard in a court that is different from the court where the case is filed. To check location information about an ADR event, select the **Notices** tab on the top of the case detail page.

Matters that appear on the Short Calendar and Family Support Magistrate Calendar are shown as scheduled court events on this page. The date displayed on this page is the date of the calendar.

All matters on a family support magistrate calendar are presumed ready to go forward.

The status of a Short Calendar matter is not displayed because it is determined by markings made by the parties as required by the calendar notices and the civil standing orders. Markings made electronically can be viewed by those who have electronic access through the Markings History link on the Civil/Family Menu in E-Services. Markings made by telephone can only be obtained through the clerk's office. If more than one motion is on a single short calendar, the calendar will be listed once on this page. You can see more information on matters appearing on Short Calendars and Family Support Magistrate Calendars by going to the Civil/Family Case Look-Up page and Short Calendars By Juris Number or By Court Location.

Periodic changes to terminology that do not affect the status of the case may be made.
This list does not constitute or replace official notice of scheduled court events.

**Disclaimer:** For civil and family cases statewide, case information can be seen on this website for a period of time, from one year to a maximum period of ten years, after the disposition date. If the Connecticut Practice Book Sections 7-10 and 7-11 give a shorter period of time, the case information will be displayed for the shorter period. Under the Federal Violence Against Women Act of 2005, cases for relief from physical abuse, foreign protective orders, and motions that would be likely to publicly reveal the identity or location of a protected party may not be displayed and may be available only at the courts.

Copyright © 2020, State of Connecticut Judicial Branch

**SUMMONS - CIVIL**
JD-CV-1  Rev. 2-20
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a, 52-48, 52-259;
P.B. §§ 3-1 through 3-21, 8-1, 10-13

| For information on ADA accommodations, contact a court clerk or go to: *www.jud.ct.gov/ADA*. |
|---|

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*



Instructions are on page 2.

☐ Select if amount, legal interest, or property in demand, not including interest and costs, is LESS than $2,500.

☒ Select if amount, legal interest, or property in demand, not including interest and costs, is $2,500 or MORE.

☐ Select if claiming other relief in addition to, or in place of, money or damages.

**TO: Any proper officer**
By authority of the State of Connecticut, you are hereby commanded to make due and legal service of this summons and attached complaint.

| Address of court clerk *(Number, street, town and zip code)* | Telephone number of clerk | Return Date *(Must be a Tuesday)* |
|---|---|---|
| **95 Washington Street, Hartford, CT 06106** | ( 806 ) 548 – 2700 | 04/07/2020 |

| ☒ Judicial District    G.A. | At *(City/Town)* | Case type code *(See list on page 2)* | |
|---|---|---|---|
| ☐ Housing Session  ☐ Number: ___ | **Hartford** | Major: **T** | Minor: **20** |

**For the plaintiff(s) enter the appearance of:**

| Name and address of attorney, law firm or plaintiff if self-represented *(Number, street, town and zip code)* | Juris number *(if attorney or law firm)* |
|---|---|
| **Orthopaedic Injury Lawyers, LLC, 10 Grand Street, Hartford, CT 06106** | **440561** |

| Telephone number | Signature of plaintiff *(if self-represented)* |
|---|---|
| ( 860 ) 200 – 8839 | |

| The attorney or law firm appearing for the plaintiff, or the plaintiff if self-represented, agrees to accept papers (service) electronically in this case under Section 10-13 of the Connecticut Practice Book.   ☐ Yes  ☒ No | E-mail address for delivery of papers under Section 10-13 of the Connecticut Practice Book *(if agreed)* |
|---|---|

| Parties | Name *(Last, First, Middle Initial)* and address of each party *(Number; street; P.O. Box; town; state; zip; country, if not USA)* | |
|---|---|---|
| **First plaintiff** | Name:  **Appiah, Brenda**<br>Address: **46 Francis Street, East Hartford, CT 06108** | P-01 |
| **Additional plaintiff** | Name:  **Appiah, Kwadwo**<br>Address: **46 Francis Street, East Hartford, CT 06108** | P-02 |
| **First defendant** | Name:  **Home Depot U.S.A., Inc., 255 Paces Ferry Road, Atlanta, GA 30339**<br>Address: **AGENT: Corporation Service Company, 50 Weston Street, Hartford, CT 06120** | D-01 |
| **Additional defendant** | Name:  **Home Depot Product Authority, LLC 2455 Paces Ferry Road, Atlanta, GA 30339**<br>Address: **AGENT: Corporation Service Company, 50 Weston Street, Hartford, CT 06120** | D-02 |
| **Additional defendant** | Name:<br>Address: | D-03 |
| **Additional defendant** | Name:<br>Address: | D-04 |

| Total number of plaintiffs: 2 | Total number of defendants: 2 | ☐ Form JD-CV-2 attached for additional parties |
|---|---|---|

**Notice to each defendant**

1. **You are being sued.** This is a summons in a lawsuit. The complaint attached states the claims the plaintiff is making against you.
2. To receive further notices, you or your attorney must file an *Appearance* (form JD-CL-12) with the clerk at the address above. Generally, it must be filed on or before the second day after the Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to appear.
3. If you or your attorney do not file an *Appearance* on time, a default judgment may be entered against you. You can get an *Appearance* form at the court address above, or on-line at https://jud.ct.gov/webforms/.
4. If you believe that you have insurance that may cover the claim being made against you in this lawsuit, you should immediately contact your insurance representative. Other actions you may take are described in the Connecticut Practice Book, which may be found in a superior court law library or on-line at https://www.jud.ct.gov/pb.htm.
5. If you have questions about the summons and complaint, you should talk to an attorney.
   **The court staff is not allowed to give advice on legal matters.**

| Date | Signed *(Sign and select proper box)* | ☒ Commissioner of Superior Court | Name of person signing |
|---|---|---|---|
| 03/02/2020 | | ☐ Clerk | **Jeremiah Nii-Amaa Ollennu, Esq.** |

| If this summons is signed by a Clerk: | | For Court Use Only |
|---|---|---|
| a. The signing has been done so that the plaintiff(s) will not be denied access to the courts.<br>b. It is the responsibility of the plaintiff(s) to ensure that service is made in the manner provided by law.<br>c. The court staff is not permitted to give any legal advice in connection with any lawsuit.<br>d. The Clerk signing this summons at the request of the plaintiff(s) is not responsible in any way for any errors or omissions in the summons, any allegations contained in the complaint, or the service of the summons or complaint. | | File Date |

| I certify I have read and understand the above: | Signed *(Self-represented plaintiff)* | Date | Docket Number |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| **RETURN DATE: APRIL 7, 2020** | : | **SUPERIOR COURT** |
| **BRENDA APPIAH, ET AL** | : | **J.D OF HARTFORD** |
| **VS.** | : | **AT HARTFORD** |
| **HOME DEPOT U.S.A., INC &**<br>**HOME DEPOT PRODUCT AUTHORITY, LLC** | : | **MARCH 2, 2020** |

## COMPLAINT

## COUNT I (CONNECTICUT PRODUCTS LIABILITY ACT)

1.    Brenda Appiah purchased a home located at 46 Francis Street, East Hartford, Connecticut in 2018.

2.    Kwadwo Appiah, Brenda Appiah's, father was/is a resident in the home.

3.    In 2018 Brenda Appiah remodeled the home, including the master bathroom by going to the Manchester Home Depot store to pick out bathroom tile.

4.    The defendants Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC, hereinafter referred to as the defendants, headquarters located at 2455 Paces Ferry Road, Atlanta, Georgia, the agent for service for the defendants is Corporation Service Company, 50 Weston Street, Hartford, Connecticut.

5.    Brenda Appiah was directed by Home Depot employees and in store advertising to the area where bathroom tile was located.

6.    Brenda Appiah purchased the subject tile and had it installed in the master bathroom of her home, the tile is officially labeled and titled by manufacturer Piso Ceramics Barcelona 44x44cm and by the importer MS

1

l Ferra Marron 17 inc. x 44cm  floor and wall tile, hereinafter called the subject tile.

7.    On May 9, 2019 Kwadwo Appiah entered the tub in the master bathroom without difficulty or slipping on the subject tile.

8.    Upon exiting the tub with wet feet, the plaintiff, Kwadwo Appiah, slipped on the wet tile and twisted his ankle, causing his ankle to fracture, requiring emergent surgery.

9.    The tile was wet and very slippery when the plaintiff fell.

10.   The American National Standards Institute for ceramic tiles covers dynamic and static coefficients of friction and has defined slip resistance with a level of .42 or greater to be safe when wet or dry.

11.   The tile manufacturer Piso Ceramics Barcelona numbers 44 and 45 listed the subject floor tile coefficient of friction less than 0.4.

12.   The importer of said floor tile MSI Ferrara Marion 17 inc x17 inc. states a cof greater than 0.5 is recommended for standard residential and commercial application with the subject tile being marginally skid resistant and information that the DCOF dynamic coefficient of friction was "not tested".

13.   The Home Depot publication entitled ceramic tiles label information recommending a cof greater than 0.42, with the subject tile not tested.

14.   Home depot online information for the subject tile described it as perfect for bathrooms, kitchens, floor, walls and backsplashes.

15.   The online information matches the in-store display advertising the information provided by employees, and the location of the tile in the section where bathroom and kitchen tile is located.

2

16.     The defendants violated the Connecticut product liability act in on or more
        of the following ways:

   a.   The Home Depot sale of the subject tile without adequate warnings or
        instructions and in fact providing deliberately false and misleading
        information in violation of 52-572M, et seq.

   b.   The defendants are in further violation of the product liability by putting
        floor tile into the stream of commerce for the intended purpose of use as
        bathroom and kitchen floor tile, where the COF dynamic and static
        coefficient of friction when wet is below the ANSI's and Home Depot's
        own standard of 0.42.

   c.   The defendant further misrepresented the product as ideal for use in the
        bathroom and kitchens.

   d.   The product and display did not have a warning and or instructions to
        not use the product in bathroom or kitchens, due to COF less than .042,
        in violation of Connecticut General Statute section 52-572q.

   e.   The defendants were negligent in in displaying, advertising and
        promotion of the subject tile in the area where bathroom and kitchen
        suitable tile is displayed.

   f.   The defendants were negligent in selling the floor tile to customers for
        use in bathrooms and kitchens.

17.     Brenda Appiah as the purchaser is harmed by buying and installing the
        subject tile in her bathroom, which is unsuitable and unsafe in a
        potentially wet environment.

18.     Kwadwo Appiah as a result of the defendant's conduct as aforesaid
        suffered injuries to his right leg, tibia, fibula and ankle, requiring surgery.

3

19.     The plaintiff was caused to expend and will be obligated in the future to expend large sums of money for medical care including: X-rays, MRI's, treatments, therapy, hospital care, surgeries, medications/prescriptions, apparatus and the like, all in an effort to cure himself.

20.     From the injuries and the effects thereof, the plaintiff has suffered and will suffer great pain, and suffering, some of which may be permanent in nature.

21.     As a further result of the defendant's conduct, the plaintiff, Kwadwo Appiah lost time from his employment and has suffered a diminished earning capacity.

22.     The requirements of class action status for all persons injured by the defendant's product and for all persons purchasing and installing the product in their bathrooms and kitchens has been met.

23.     The class of person affected by the defendant's conduct is so numerous that joinder is impractical.

24.     The questions of law and fact are common and in fact identical to the claim.

25.     The claim and defenses are typical and identical to the class.

26.     The representing party will fairly and adequately protect the interests of the class.

27.     In accordance with Federal Rule 23(b)(1)

        a.  Prosecuting separate actions by individual class members would create the risk of different holdings and resulting verdicts

4

b. Adjudication with respect to individual class members that as a practical matter would be dispositive of the interests of the other members not parties to the individual adjudications or would substantially impair or imped their ability to protect their interests.

c. An adjudication by an individual class member that the defendants were in violation of the products liability act in the advertising, promotion, warning, or instructions and sale of the tile would be averse to.

## COUNT II: RECKLESSNESS

1. Paragraphs 1-15 of Count I are hereby made paragraphs 2-16 of this Count II as if fully set forth herein.

16. The defendant was reckless in that they knew and/or with reckless disregard of manufacturer, wholesalers and Home Depot information that COF of .42 or greater are recommended for bathroom and kitchen tile COF.

17. The manufacturer of the tile Piso Ceramic Barcelona for the ceramic tile measuring 44x44 cm, listed a COF of less than .40

18. That the defendants deliberately did not test the tile.

19. That testing the subject tile shows a COF when wet of .22.

20. The defendant knew or with reckless disregard that this type of tile as an entire product line sold for bathroom and kitchen was not compliant with the ANSI recommended COF of greater than 0.42

21. That customers had no warning of dangers of slippery tile when installed or

5

dry due to the COF when dry being .50 or greater, and 0.22 when wet.

22.  Paragraphs 17-22 of Count I are hereby made paragraphs 23-28 of this Count II as if fully set forth herein.

29.  Paragraphs 31-35 of Count I are hereby made paragraphs 29-33 of this Count II as if fully set forth herein.

36.  The forgoing conduct constitutes a violation of the Connecticut Unfair Trade Practices Act (CUPTA) C.G.S. 42-110b(a).

37.  The plaintiff brings this action pursuant to C.G.S. 42-110g class action to represent himself
     and all other persons similarly situated, who purchased the subject tile
     and or were injured while slipping on the subject wet tile.

6

**WHEREFORE,** Plaintiff claims one or more of the following forms of relief:

## COUNT ONE

1.    Damages;
2.    Costs; and
3.    Such other and further relief as in law and equity this Court may further provide.

## COUNT TWO

1.    Damages;
2.    Costs;
3.    Such other and further relief as in law and equity this Court may further provide;
4.    Punitive Damages; and
5.    Attorney Fees.

PLAINTIFF
**BRENDA APPIAH**

By: _____
Jeremiah Nii-Amaa Ollennu, ESQ.
Orthopeadic Injury Lawyers, LLC
10 Grand Street, 2nd Floor
Hartford, CT 06106
Tel: (860)200-8839
Fax: (860)218-2158
Juris No.: 440561

7

RETURN DATE: ~~FEBRUARY 5, 2020~~ 04/07/2020          SUPERIOR COURT

BRENDA APPIAH, ET AL                          :          J.D OF HARTFORD

VS.                                            :          AT HARTFORD

HOME DEPOT                                     :          MARCH 2, 2020


## STATEMENT OF AMOUNT IN DEMAND

The plaintiff claims money damages in excess of fifteen thousand dollars

($15,000.00), plus interest and costs.


PLAINTIFF
**BRENDA APPIAH**

By: _____
Jeremiah Nii-Amaa Ollennu, Esq.
Orthopeadic Injury Lawyers, LLC
10 Grand Street, 2nd Floor
Hartford, CT 06106
Tel: (860)200-8839
Fax: (860)218-2158
Juris No.: 440561

8

**APPEARANCE**
JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

**Instructions** — *See Back/Page 2*

### Notice To Self-Represented Parties

*A self-represented party is a person who represents himself or herself. If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:*

☐ I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

| | |
|---|---|
| Return date | Apr-07-2020 |
| Docket number | HHD-CV-20-6126175-S |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

APPIAH, BRENDA Et Al v. HOME DEPOT U.S.A. INC. Et Al

| | | | | Address of Court *(Number, street, town and zip code)* |
|---|---|---|---|---|
| ☒ Judicial District | ☐ Housing Session | ☐ Small Claims | ☐ Geographic Area number | 95 WASHINGTON STREET HARTFORD, CT 06106 |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party (See "Notice to Self-Represented Parties" at top), or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
|---|---|
| ORTHOPAEDIC INJURY LAWYERS LLC 6/7/19 | 440561 |

| **Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* | Post office box | Telephone number *(Area code first)* |
|---|---|---|
| 262 MARLBOROUGH STREET P.O. BOX 287 | | 860-200-8839 |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
|---|---|---|---|---|
| PORTLAND | CT | 06480 | 860-218-2158 | jeremiah.ollennu@ctlawprime.com |

in the case named above for: *("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)*

☐ The Plaintiff *(includes the person suing another person)*.
☒ All Plaintiffs.
☐ The following Plaintiff(s) only: _____
☐ The Defendant *(includes the person being sued or charged with a crime)*.
☐ The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only)*.
☐ All Defendants.
☐ The following Defendant(s) only: _____
☐ Other *(Specify)*:
☐ This is a Family Matters case and my appearance is for: *("x" one or both)*
　　☐ matters in the Family Division of the Superior Court　　☐ Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. ☒ This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8)*:　OLLENNU & ASSOCIATES LLC 440690
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(Name and Juris Number)*

2. ☐ This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**　☐ Yes　☒ No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
|---|---|---|
| ▶ 426116 | JEREMIAH NII-AMAA OLLENNU | Mar 28 2020 |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* Mar 28 2020 to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
|---|---|
| OLLENNU & ASSOCIATES LLC - 262 MARLBOROUGH STREET/P.O. BOX 287/PORTLAND, CT 06480 | |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
|---|---|---|---|
| ▶ 426116 | JEREMIAH NII-AMAA OLLENNU | Mar 28 2020 | 8602008839 |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**Continuation of JDCL12 Appearance Form for HHD-CV-20-6126175-S**

**Submitted By ORTHOPAEDIC INJURY LAWYERS LLC 6/7/19 (440561)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# P-01 BRENDA APPIAH

Pty# P-02 KWADWO APPIAH

**\*\*\*\*\* End of Party List \*\*\*\*\***




### State of Connecticut Judicial Branch
# Superior Court E-Filing

---

**Attorney/Firm:** CAROLINE BOUSCAREN LAPISH (429909)      **E-Mail:** clapish@apslaw.com    Logout

HHD-CV20-6126175-S    **APPIAH, BRENDA Et Al v. HOME DEPOT U.S.A. INC. Et Al**

**Prefix/Suffix:** [none]    **Case Type:** T20    **File Date:** 03/24/2020      **Return Date:** 04/07/2020

---

**Hide Instructions**      **You have successfully e-filed!**

**Instructions**: Information about this filing is provided on this page, including the date and time of this transaction and the filing date. Please select the **Print** button to print a copy of this Confirmation. Then, select the **Return to Superior Court E-Filing Menu** if you wish to do additional e-filing or **Logout** if you are finished filing.

> [ Print ]

#### Confirmation of E-filed Transaction (print this page for your records)

**Docket Number:** HHD-CV-20-6126175-S
**Case Name:** APPIAH, BRENDA v. HOME DEPOT U.S.A. INC.
**Type of Transaction:** Appearance
**Date Filed:** Apr 13 2020
**Appearance by:** 429909 CAROLINE BOUSCAREN LAPISH
**Appearance for this Party(ies)**

| Party # | Party Name |
|---------|------------|
| D-01 | HOME DEPOT U.S.A. INC. |
| D-02 | HOME DEPOT PRODUCT AUTHORITY, LLC |

**Document Filed:** JD-CL-12 Appearance
**Date and Time of Transaction:** Apr 13 2020 10:20:54 AM

> [ Return to Civil / Family Menu ]

Copyright © 2020, State of Connecticut Judicial Branch

# APPEARANCE

JD-CL-12 Rev. 1-12
P.B. §§ 3-1 thru 3-6, 3-8, 10-13, 25A-2

**STATE OF CONNECTICUT**
## SUPERIOR COURT
*www.jud.ct.gov*

**Instructions —** *See Back/Page 2*

### Notice To Self-Represented Parties

*A self-represented party is a person who represents himself or herself.* If you are a self-represented party and you filed an appearance before and you have since changed your address, you must let the court and all attorneys and self-represented parties of record know that you have changed your address by checking the box below:

[ ] I am filing this appearance to let the court and all attorneys and self-represented parties of record know that I have changed my address. My new address is below.

| Return date |
| --- |
| **Apr-07-2020** |

| Docket number |
| --- |
| **HHD-CV-20-6126175-S** |

**Name of case** *(Full name of Plaintiff vs. Full name of Defendant)*

APPIAH, BRENDA Et Al v. HOME DEPOT U.S.A. INC. Et Al

| [x] Judicial District | [ ] Housing Session | [ ] Small Claims | [ ] Geographic Area number | Address of Court *(Number, street, town and zip code)* |
| --- | --- | --- | --- | --- |
| | | | | **95 WASHINGTON STREET HARTFORD, CT 06106** |

Scheduled Court date *(Criminal/Motor Vehicle Matters)*

## Please Enter the Appearance of

| Name of self-represented party *(See "Notice to Self-Represented Parties" at top)*, or name of official, firm, professional corporation, or individual attorney | Juris number of attorney or firm |
| --- | --- |
| **CAROLINE BOUSCAREN LAPISH** | **429909** |

| **Mailing Address** *(Number, street) (Notice to attorneys and law firms - The address to which papers will be mailed from the court is the one registered or affiliated with your juris number. That address cannot be changed in this form.)* | Post office box | Telephone number *(Area code first)* |
| --- | --- | --- |
| **175 FEDERAL ST #1000** | | **6174820600** |

| City/town | State | Zip code | Fax number *(Area code first)* | E-mail address |
| --- | --- | --- | --- | --- |
| **BOSTON** | **MA** | **02110** | **617-482-0604** | **clapish@apslaw.com** |

in the case named above for: ("x" one of the following parties; if this is a Family Matters case, also indicate the scope of your appearance)

[ ] The Plaintiff *(includes the person suing another person).*
[ ] All Plaintiffs.
[ ] The following Plaintiff(s) only: _____
[ ] The Defendant *(includes the person being sued or charged with a crime).*
[ ] The Defendant for the purpose of the bail hearing only *(in criminal and motor vehicle cases only).*
[x] All Defendants.
[ ] The following Defendant(s) only: _____
[ ] Other *(Specify):*
[ ] This is a Family Matters case and my appearance is for: *("x" one or both)*

[ ] matters in the Family Division of the Superior Court     [ ] Title IV-D Child Support matters

*Note: If other counsel or a self-represented party has already filed an appearance for the party or parties "x'd" above, put an "x" in box 1 or 2 below:*

1. [ ] This appearance is in place of the appearance of the following attorney, firm or self-represented party on file *(P.B. Sec. 3-8):* _____
*(Name and Juris Number)*

2. [ ] This appearance is in addition to an appearance already on file.

**I agree to accept papers (service) electronically in this case under Practice Book Section 10-13**     [ ] Yes   [x] No

| Signed *(Individual attorney or self-represented party)* | Name of person signing at left *(Print or type)* | Date signed |
| --- | --- | --- |
| ▶ 429909 | **CAROLINE BOUSCAREN LAPISH** | **Apr 13 2020** |

## Certification

I certify that a copy of this document was mailed or delivered electronically or non-electronically on *(date)* **Apr 13 2020** to all attorneys and self-represented parties of record and that written consent for electronic delivery was received from all attorneys and self-represented parties receiving electronic delivery.

| Name and address of each party and attorney that copy was mailed or delivered to* | For Court Use Only |
| --- | --- |
| **ORTHOPAEDIC INJURY LAWYERS LLC 6/7/19 - 262 MARLBOROUGH STREET/P.O. BOX 287/PORTLAND, CT 06480** | |

| Signed *(Signature of filer)* | Print or type name of person signing | Date signed | Telephone number |
| --- | --- | --- | --- |
| ▶ 429909 | **CAROLINE BOUSCAREN LAPISH** | **Apr 13 2020** | **617-482-0600** |

*If necessary, attach an additional sheet or sheets with the name of each party and the address which the copy was mailed or delivered to.

**Continuation of JDCL12 Appearance Form for HHD-CV-20-6126175-S**

**Submitted By CAROLINE BOUSCAREN LAPISH (429909)**

**Additional Party(ies) (Continued from JDCL12)**

**For these party(ies)**

Pty# D-01 HOME DEPOT U.S.A. INC.

Pty# D-02 HOME DEPOT PRODUCT AUTHORITY, LLC

**\*\*\*\*\* End of Party List \*\*\*\*\***

State of Connecticut Judicial Branch
## Superior Court E-Filing



**Attorney/Firm:** CAROLINE BOUSCAREN LAPISH (429909)     **E-Mail:** clapish@apslaw.com   Logout

**Hide Instructions**      **You have successfully e-filed!**

**Instructions:** The information about the item you filed is on this confirmation page. You must print a copy of this page for your records. Choose **Print This Page** at the top of the page to print your copy.

Choose **E-File Another Pleading/Motion/Other on this Case** to go back to the **Select a Motion** page to choose another document name and file another document.

Choose **Return to Superior Court E-Filing Menu** to go back to the menu page.

Choose **Return to Case Detail** to look at the documents filed in this case or to file a reclaim in this case.

[ Print This Page ]

### Confirmation of E-filed Transaction (print this page for your records)

| | |
|---|---|
| **Docket Number:** | HHD-CV-20-6126175-S |
| **Case Name:** | APPIAH, BRENDA Et Al v. HOME DEPOT U.S.A. INC. Et Al |
| **Type of Transaction:** | Pleading/Motion/Other document |
| **Date Filed:** | Apr-13-2020 |
| **Motion/Pleading by:** | CAROLINE BOUSCAREN LAPISH (429909) |
| **Document Filed:** | 101.00 NOTICE OF REMOVAL TO FEDERAL DISTRICT COURT |
| **Date and Time of Transaction:** | Monday, April 13, 2020 10:24:56 AM |

[ E-File Another Pleading/Motion/Other document on this Case ]

[ Return to Civil / Family Menu ]    [ Return to Case Detail ]

Copyright © 2020, State of Connecticut Judicial Branch

BRENDA APPIAH, et Al         :      HHD-CV20-6126175-S
                                     :      SUPERIOR COURT
                                     :      JUDICIAL DISTRICT OF HARTFORD
              v.                   :      AT HARTFORD
                                     :
HOME DEPOT U.S.A., INC.  and   :
HOME DEPOT PRODUCT         :      April 13, 2020
AUTHORITY, LLC                 :

## <u>NOTICE OF REMOVAL</u>

Pursuant to 28 U.S.C.A. § 1446(d), the Defendants Home Depot U.S.A., Inc. and Home Depot Product Authority, LLC (collectively, "Home Depot"), by and through their undersigned counsel, file herewith a true copy of the Notice of Removal previously filed in the United States District Court for the District of Connecticut, and a true copy of the Notice of Filing of Removal.

Defendants,
HOME DEPOT U.S.A., INC. and
HOME DEPOT PRODUCT AUTHORITY,
LLC,
By their Attorney,


*/s/ Caroline B. Lapish*_____
Caroline B. Lapish, Juris No. 429909
ADLER POLLOCK & SHEEHAN P.C.
175 Federal Street, 10th Floor
Boston, Massachusetts  02110
Tel.  (617) 482-0600
Fax. (617) 482-0604
Email: clapish@apslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2020, I caused a true copy of the foregoing document to be served by regular mail upon the following counsel of record:

Jeremiah Nii Amaa Ollennu, Esq.
Orthopedic Injury Lawyers
120 Grand Street
Hartford, CT 06106


*/s/ Caroline B. Lapish*_____
Caroline B. Lapish

2